UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA ANDREA PEÑA,

Plaintiff,

-against-

ESPN ZONE, INC.; THE WALT DISNEY COMPANY; TWDC ENTERPRISES 18 CORP. (f/k/a DISNEY ENTERPRISES, INC.); and JOHN DOES 1-10,

Defendants.

**NOTICE OF MOTION**

Case No. 1:26-cv-08252-LAP

Formerly Index No: 158912/2026
Supreme Court of State of New York
County of New York

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, The Walt Disney Company ("WDC") and TWDC Enterprises 18 Corporation in this matter ("TWDC," and collectively, the "Defendants") by and through their attorneys, Hoguet Newman Regal & Kenney, LLP, will move this Court, before the Honorable Loretta A. Preska, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff Melissa Andrea Peña's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 29, 2026

HOGUET NEWMAN REGAL & KENNEY, LLP

/s/ Helene Hechtkopf
Helene R. Hechtkopf
Daisy Franco
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808
hhechtkopf@hnrklaw.com
dfranco@hnrklaw.com

*Counsel for Defendants The Walt Disney Company and TWDC Enterprises 18 Corp.*

Given that Plaintiff has now filed the Amended Complaint, the motion is DENIED as moot. Counsel shall confer and submit a proposed briefing schedule for any responsive pleading. **SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

November 10, 2026